(December 16, 1999)

■ THE PEOPLE OF THE STATE OF NEW YORK ex rel. WAYNE B. WISEMAN, on Behalf of LUIS PEREZ, Petitioner, v COMMISSIONER, NEW YORK CITY DEPARTMENT OF CORRECTIONS, Respondent.

[699 NYS2d 907] —Writ of habeas corpus in the nature of an application to restore Luis Perez to bail upon Kings County Indictment No. 3155/99.

Adjudged that the writ is sustained, without costs or disbursements, to the extent of restoring bail on Kings County Indictment No. 3155/99 to the sum of $25,000, which may be posted in the form of an insurance company bail bond in that sum or by depositing the same sum as a cash bail alternative. Bracken, J. P., S. Miller, Santucci and Thompson, JJ., concur.